

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

**2:51 pm, 7/17/25**

**Margaret Botkins**
**Clerk of Court**

| UNITED STATES OF AMERICA | ☑ Violation Notice ☐ Information ☐ Complaint |
|---|---|
| Plaintiff | |
| vs | Case Number L:25-PO-00376-SAH-1 |
| JOHN C DOWNS | |
| Defendant | |

Violation Charged: Operate vehicle in excess of posted speed limit    Citation Number (E1479855)

Date Violation Notice Issued  06/14/2025    Place  WYNP

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time  1:30-2:51                              Interpreter  N/A

Date  July 17, 2025                          Interpreter Telephone  N/A

Before the Honorable  Stephanie A. Hambrick

| Jessica Jarvis | N/A | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| Ariel Calmes | N/A | N/A |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear    Warrant issued on

☑ Appeared    ☐ By telephone
              ☑ Voluntarily    ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing
              ☐ FPD    ☐ PANEL-CJA    ☐ RETAINED

☑ Attorney waived

☐ Court orders case continued to                    at
   reason:

☐ Bail is set at
              ☐ P/R-No Amount   ☐ Unsecured   ☐ Cash/Surety

☐ Conditions of release

Petty Offenses/Misdemeanors Minute Sheet
L:25-PO-00376-SAH-1

> **COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
> ☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
> ☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
> This consent was made ☐ orally ☐ in writing

☑ Informed of charges and rights    Date July 17, 2025
☑ Defendant arraigned              Date July 17, 2025
☑ Court accepts plea    Defendant enters ☑ Guilty    ☐ Not Guilty Plea
☐ Trial    Witnesses

☑ Disposition
    ☐ Not Guilty
    ☑ Guilty        (E1479855)
    ☐ Dismissed
    ☐ Collateral Forfeited
    ☐ *Nolo Contendere*
☐ PSI ordered
☑ Sentence    Date July 17, 2025
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☐ Probation for a period of
    ☐ With Supervision    ☐ Without Supervision
☐ Special Conditions of Probation


☑ Fine        450.00    Payable to CVB by 08/18/2025
☐ Restitution            To
☐ Community Service      To
☑ Special Assessment  10.00
☑ Processing fee: $  30.00
☑ Defendant advised of right to appeal
☑ Other  Abstract will not be sent in.  No written judgment to follow.